**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 21-1925**

―――――――

In re: DARYL ANTHONY GREEN,

Debtor.

------------------------------------------

DARYL ANTHONY GREEN,

Plaintiff - Appellant,

v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT
ENFORCEMENT,

Defendant - Appellee.

―――――――

**No. 21-1927**

―――――――

In re: DARYL ANTHONY GREEN,

Debtor.

------------------------------------------

DARYL ATHONY GREEN,

Plaintiff - Appellant,

v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT ENFORCEMENT; PRINCE GEORGE'S COUNTY MUNICIPAL CORPORATION,

Defendants - Appellees,

and

TIMOTHY BRANIGAN,

Trustee.

———————————

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:20-cv-02871-TDC; 8:20-cv-03183-TDC)

———————————

Submitted: February 24, 2022                    Decided: February 28, 2022

———————————

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Daryl Anthony Green, Appellant Pro Se. Karen Hess Rohrbaugh, Assistant Attorney General, Mary Colleen Murphy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Daryl Anthony Green appeals from the district court's order dismissing for lack of jurisdiction his separate appeals from the bankruptcy court's orders: (1) granting his motion for a continuance, deferring action on his motion for judicial notice, and denying his motions to compel discovery and for sanctions, for entry of a default, and to reinstate his driver's license and passport (No. 21-1925); and (2) dismissing his adversary proceeding without prejudice for failure to timely effectuate service of process (No. 21-1927). We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Prince George's Cnty. Ofc. of Child Support Enf't*, Nos. 8:20-cv-02871-TDC, 8:20-cv-03183-TDC (D. Md. Aug. 10, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*